UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

STEVEN MURPHY,

                Defendants.

25-CR-218 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The arraignment and initial conference are adjourned to July 7, 2025 at 10:00 a.m.  Counsel shall provide the Court with more information regarding why Defendant does not want to attend and where he lives, by letter, no later than July 2, 2025.  **SO ORDERED.**

**SO ORDERED.**

Dated:    New York, New York
           June 30, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge