

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza – Floor 37*
*New York, NY 10007*

February 17, 2026

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Steven Murphy*, 25 Cr. 218 (LAP)

Dear Judge Preska:

The Government writes to respectfully request an adjournment of the Government's deadline to respond to the defendant's pretrial motions to **March 31, 2026.** The undersigned has been on trial before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York since approximately January 20, 2026, and anticipates that the trial shall continue for several more weeks. The adjournment would allow the Government time to provide a fulsome response to the defendant's motion. Defense counsel consents to this request.

The undersigned apologizes for the delay in this request. On or about January 13, 2026, defense counsel wrote to the Court requesting an extension of his pretrial motion deadline to January 24, 2026. (Dkt. 26). The Court granted that extension the following day. (Dkt. 27). The Government mistakenly understood the Government's deadline to respond to be adjourned to March 18, 2026, which was in error. (*See* Dkt. Entries 29-30).

Respectfully submitted,

JAY CLAYTON
United States Attorney

**SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

By:    /s/_____
Kaiya Arroyo
Assistant United States Attorney
(212) 637-2226

February 18, 2026

cc:    Douglas Rankin
       *counsel for the defendant*