# LAW OFFICES OF DOUGLAS G. RANKIN, P.C.
## A PROFESSIONAL CORPORATION
### ATTORNEYS & COUNSELORS AT LAW

**DOUGLAS G. RANKIN, ESQ.**

**OF COUNSEL:**

**TRACEY A. GRANT, ESQ.**

**26 COURT STREET**

**BROOKLYN**

**NEW YORK**

**11242**

**SUITE 714**

**TELEPHONE:**

**(718) 858-3000**

**FACSIMILE:**

**(718) 858-9615**

**Dgrankinlaw@gmail.com**

*By ECF*

March 25, 2026

The Honorable Judge Loretta Preska
United States District Judge
U.S. Magistrate Judge for the Southern District of New York
500 Pearl Street
New York, NY 10007

> RE:    USA v Stephen Murphy
>        25 Cr. 218

Dear Judge Preska:

I am the defense attorney for Steven Murphy. I am writing with the consent of AUSA Arryo to respectfully request a three week extension of the government's response to my motion, currently due March 31, 2026.

The government has issued a plea offer for the defendant to consider, and due to being on trial until Monday of this week, I have not yet been able to meet with and discuss the offer with my client. Alsp, upon the filing of the government's motion, the plea will be withdrawn.

Thank you.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

March 25, 2026

> Sincerely,
> __s/Douglas G.Rankin/___
> Douglas G. Rankin
> Law Office Of Douglas G. Rankin. P.C.