UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,              25-CR-218 (LAP)

     -against-

STEPHEN MURPHY,                             ORDER

                    Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

     The status conference scheduled for May 26, 2026 is adjourned

to June 8, 2026 at 10:30 AM.  Time under the Speedy Trial Act shall

be excluded accordingly.

          **SO ORDERED.**

Dated:    New York, New York
          April 27, 2026

          _____
          LORETTA A. PRESKA
          Senior United States District Judge