**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza – Floor 37*
*New York, NY 10007*

July 10, 2026

**<u>By ECF</u>**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Steven Murphy*, 25 Cr. 218 (LAP)**

Dear Judge Preska:

Pursuant to the Court's oral order at the status conference held on June 8, 2026, the parties have conferred regarding a proposed schedule for pretrial deadlines. However, the defendant seeks an adjournment of the trial date, which if granted, would change the parties' proposed dates.

The defendant respectfully requests that this trial be adjourned due to the likelihood that the parties will be unable to finish trial before the Thanksgiving holiday. Defense counsel will also be on vacation in December, which is currently scheduled for December 1, 2026 to December 11, 2026. The Government does not oppose this request.

Below, please find the parties' joint proposal for pretrial deadlines if the trial goes forward as currently scheduled on November 16, 2026.

| | |
|---|---|
| 1. Government's expert notice | August 14, 2026 |
| 2. Defendant's expert notice | August 28, 2026 |
| 3. Motions *in limine* | September 14, 2026 |
| 4. Defendant's notice of affirmative defenses | September 14, 2026 |
| 5. Responses to motions *in limine* | October 5, 2026 |
| 6. Government production of Jencks Act material[1] | October 26, 2026 |

[1] Although the Court lacks power to order the production of witness statements covered by 18 U.S.C. § 3500 in advance of the witness's testimony, *United States v. Coppa*, 267 F.3d 132, 145 (2d Cir. 2001) (The "Jencks Act prohibits a District Court from ordering the pretrial disclosure of witness statements."), the Government plans to voluntarily produce witness statement material in a rolling production beginning on October 26, 2026.

| | |
|---|---|
| 7. Government's proposed requests to charge to defense counsel | November 2, 2026 |
| 8. Government's exhibit list | November 6, 2026 |
| 9. Joint RTC submission to the Court | November 9, 2026 |
| 10. Proposed Voir Dire | November 9, 2026 |
| 11. Defendant's affirmative exhibits that will be introduced by the Defendant during the Government's case-in-chief[2] | November 13, 2026 |
| 12. Defense exhibits to be used in defense case; defense witness list; defense Rule 26.2 material; and proffers of defense witness testimony if not adequately set forth in Rule 26.2 material or otherwise: At least 10 days before the anticipated start of the defendants' case, even if the defendant has not firmly decided whether or not to put on a case, subject to good-faith revision, but in no event before the parties' opening statements | At least 5 days before the anticipated start of the defendants' case, even if the defendant has not firmly decided whether or not to put on a case, subject to good-faith revision, but in no event before the parties' opening statements |

The parties also respectfully ask the Court to schedule a final pretrial status conference in this matter to discuss any outstanding matters in advance of jury selection. Currently, both parties are generally available the week of November 9-13, 2026.

The proposed schedule is adopted.

The Court will separately address the request to adjourn the trial.

Loretta A. Preska

Loretta A. Preska
Senior United States District Judge

July 16, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/

Kaiya Arroyo
Stephanie Simon
Assistant United States Attorneys
(212) 637-2226
(212) 637-2581

cc: Douglas Rankin
*counsel for the defendant*

[2] This does not include documents the defendant will use to impeach Government witnesses.