UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>STEVEN MURPHY<br><br>Defendant. | 25-CR-218 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Trial in this matter is adjourned to February 1, 2027.

**SO ORDERED.**

Dated: New York, New York
September 3, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge